

O'Melveny & Myers LLP  
Times Square Tower  
7 Times Square  
New York, NY 10036-6537

T: +1 212 326 2000  
F: +1 212 326 2061  
omm.com

File Number:

June 10, 2019

**Hannah Y. Chanoine**  
D: +1 212 326 2128  
hchanoine@omm.com

**VIA FAX AND ECF**

The Honorable Nicholas G. Garaufis  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

    **Re:**    <u>**Sullivan v. Johnson & Johnson Consumer, Inc.**</u>**, Case No. 1:19-cv-02803-NGG-RER**

Dear Judge Garaufis:

This firm represents Johnson & Johnson Consumer, Inc. ("JJCI") in the above-referenced action.  We write respectfully to request an extension to the case schedule as follows:

- Motion to Dismiss: July 12, 2019
- Opposition to Motion: August 13, 2019
- Reply: August 29, 2019

JJCI's current deadline to respond to the Complaint is June 11, 2019.  Plaintiff consents to this request.  JJCI requests that Your Honor excuse our inadvertent failure to comply with the Court's Individual Rule of Practice requiring the parties to make extension requests at least two days before the deadline; the parties needed to address an issue with service of the complaint before agreeing to this extended schedule, which has been resolved.  This is JJCI's first request for an extension of time to answer or respond to the Complaint, and the requested extension will not affect any other scheduled dates or deadlines.

Respectfully Submitted,

*/s/ Hannah Y. Chanoine*

Hannah Y. Chanoine  
of O'MELVENY & MYERS LLP

cc:    All Counsel of Record