

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

———————————————————      x
Yajaira Sullivan, individually on                  :
behalf of herself and all others similarly       :
situated,                                                      :       Case No. 19-cv-02803-NGG-RER
                                                                   :
                            Plaintiff,                        :
                                                                   :
v.                                                                 :
                                                                   :       **STIPULATION OF DISMISSAL**
                                                                   :       **WITH PREJUDICE**
Johnson & Johnson Consumer                       :
Companies, Inc.,                                          :
                                                                   :
                            Defendant.                    :
———————————————————      x

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties in the above entitled

action, that pursuant to Fed. R. Civ. P. 41(a)(1)A(ii), this action is discontinued and dismissed,

with prejudice, without costs to any party as against the other.  All parties shall bear their own

attorneys' fees and waive all rights of appeal.

Dated: July 31, 2019

| | |
|---|---|
| _/s/ Hannah Y. Chanoine_ | Joseph Lipari |
| Hannah Y. Chanoine | The Sultzer Law Group, P.C. |
| O'Melveny & Myers LLP | _Attorney for Plaintiff_ |
| _Attorney for Defendant_ | 14 Wall Street, 20th Floor |
| Times Square Tower | New York, NY 10005 |
| 7 Times Square | 212-618-1938 |
| New York, NY  10036 | |
| 212-326-2128 | |

s/Nicholas G. Garaufis

7/31/19